# RICHARD B. LIND
ATTORNEY AT LAW
575 LEXINGTON AVENUE
4TH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725
E-MAIL: rlind@lindlawyer.com
WEBSITE: www.richardlindlawyer.com

Defendant granted leave to hire Joshua Horowitz, Esq. as an associate, billing at a rate of $90/hour. Clerk of the Court requested to terminate the motion (doc. 29).

January 2, 2020

Dated: Jan. 7, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

*Via ECF*

Hon. Nelson S. Roman
United States District Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Willie Sims, *et al.*
      19 Cr. 857 (NSR) – 01

Dear Judge Roman:

In October 2019, I was appointed the CJA attorney for Rahmel Garraway, a defendant in the above-referenced matter. I write requesting permission to expend CJA funds to hire an associate, Joshua J. Horowitz, Esq., to assist me in reviewing discovery, preparing and organizing materials in this case, as well as assisting me in the event this matter goes to trial.

As can be seen in his attached resume, Mr. Horowitz has an outstanding background, particularly with respect to coordinating discovery; and vast experience in federal criminal trials. As is also plain, he has been approved by a variety of District Judges to assist attorneys in numerous criminal trials in this District as well as outside this District. Indeed, in the fifteen months, Judge Paul G. Gardephe approved Mr. Horowitz as CJA counsel to assist me in preparation for trial in *United States v. Hiram Collazo*, 17 Cr. 251 (PGG), which resulted in a guilty plea; and also in *United States v. David Cherry*, 16 Cr. 281 (PGG), which was slated for trial in early 2019, but our client pled guilty in November 2018. In both matters, Mr. Horowitz has done an exceptional job. In late October 2018, Judge Andrew L. Carter, Jr. appointed Mr. Horowitz to assist me in *United States v. Benjamin Lucre*, 18 Cr. 420 (ALC); and Judge Richard J. Sullivan appointed Mr. Horowitz to aid me in *United States v. Ramal Curtis*, 18 Cr. 373 (RJS).

I respectfully request this Court to assign and approve Mr. Horowitz to work on this case as my associate at $90 per hour. Using Mr. Horowitz to do this work and assist

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2020

me in advance of trial will be more cost-effective since Mr. Horowitz will bill at an hourly rate of $90, whereas I will be billing at an hourly rate of $148.

Thank you for the Court's consideration of this application.

Respectfully submitted,

Richard B. Lind

Enclosure