# RICHARD B. LIND

ATTORNEY AT LAW

575 LEXINGTON AVENUE

4TH FLOOR

NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725
E-MAIL: rlind@lindlawyer.com
WEBSITE: www.richardlindlawyer.com

February 12, 2020

**By ECF**
Hon. Nelson S. Roman
United States District Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

The application is __X__ granted.
__ denied.

Nelson S. Roman, U.S.D.J.
Dated: Feb. 12, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 41)

Re:   United States v. Willie Sims, et al.
      19 Cr. 857 (NSR) – 04

Dear Judge Roman:

In October 2019, I was appointed CJA counsel for Defendant Rahmel Garraway, a defendant in the above-captioned matter. In January 2020, I wrote a letter requesting permission to expend CJA funds to hire an associate, Joshua J. Horowitz, Esq. The Court endorsed my application soon thereafter.

The Court has recently re-scheduled a conference in this case for Thursday, February 13, 2020 -- a date when I will not be able to attend. I am writing to request that Mr. Horowitz be allowed to stand in for me at the conference. Although he is not (yet) a member of the CJA Panel, he is an experienced criminal defense attorney, who not only has my permission but also the permission of defendant Garraway to stand in for me.

Thank the Court for its consideration of this application.

Respectfully submitted,

Richard B. Lind

cc: All Counsel (by ECF)