UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2020
```

UNITED STATES OF AMERICA,

  -against-

RAHMEL GARRAWAY,

  Defendant.

No. 19-CR-857-04 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

A review of the docket reveals that the instant criminal action has been pending for over a year and a trial date has not yet been set; Defendant Rahmel Garraway is charged with one count of narcotics conspiracy and one count of possession with intent to distribute a controlled substance; and pursuant to this Court's orders, Defendant Garraway has been on temporary release since April 20, 2020, with the current extension set to expire at 11:00 AM on December 21, 2020.

In light of Defendant's asthma, the ongoing Coronavirus Disease 2019 ("COVID-19") pandemic, Defendant's desire to resolve this matter without a trial as quickly as possible, and in order to comply with social distancing protocols and the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Rahmel Garraway can and should be permitted to change his plea by video teleconference or by telephone conference before a Magistrate Judge of this Court pursuant to the CARES Act § 15002(b)(2)(A).

Accordingly, it is hereby ORDERED that the plea hearing for Defendant Rahmel Garraway be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is requested to terminate the motion at ECF No. 154.

Dated: November 25, 2020
White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE