```
                                              USDC SDNY
                                              DOCUMENT
UNITED STATES DISTRICT COURT                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                 DOC #: _____
                                              DATE FILED:  12/30/2020
```

UNITED STATES OF AMERICA,

    -against-                                 No. 19-CR-857-04 (NSR)

                                        ORDER

RAHMEL GARRAWAY,

                 Defendant.

NELSON S. ROMÁN, United States District Judge:

      In light of the pending motion for reconsideration (ECF No. 166), the Court's order, dated

December 16, 2020 directing Defendant Garraway to surrender to the Marshals on January 4, 2021

(ECF No. 164) is stayed pending the Court's resolution of the motion.

                                    SO ORDERED:

December 30, 2020
White Plains, New York

                                _____

                                   NELSON S. ROMÁN
                                United States District Judge

1