[T L N Y] **HOROWITZ TECH LAW P.C.**

Joshua J. Horowitz, Esq.
Tel.: 212.203.9011
joshua.horowitz@techlawny.com

**MEMO ENDORSED**

February 22, 2021

**VIA ECF**
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Deft's request to adjourn the Sentencing from Mar. 17, 2021 until May 20, 2021 at 2:00 pm is granted. Clerk of Court requested to terminate the motion (doc. 180).
Dated: Feb. 23, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:    *United States v. Rahmel Garraway*
       Docket No. 19-Cr-857 (NSR) -04

Dear Judge Roman:

Together with Richard Lind, I represent Rahmel Garraway in the above matter. We write to request and approximate 60-day adjournment of sentence, presently scheduled for March 17, 2021 at 1:00 PM before the Court. The reason for this request is to permit defense counsel additional time to adequately prepare for Mr. Garraway's sentencing, which includes gathering mitigating information, obtaining letters in support on behalf of Mr. Garraway, and other tasks required in order to adequately prepare for sentencing. This is Mr. Garraway's first request for an adjournment of sentencing. The government does not consent to this request.

Since approximately May of 2020, Mr. Garraway has been on home confinement release due to the ongoing COVID-19 pandemic. Since that time, he has been entirely in compliance with all the terms and conditions of his release. Undersigned counsel has confirmed with USPTO Barrios that, as of this morning, Mr. Garraway remains in full compliance with the terms and conditions of his temporary release.

For the foregoing reasons, we respectfully request an approximate 60-day adjournment of sentencing in order to permit defense counsel adequate time in which to prepare for sentencing.

We thank the Court for its continued consideration of, and attention to this matter.

Respectfully submitted,

/s/ Joshua J. Horowitz
Joshua J. Horowitz
Richard B. Lind

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2021

cc:    All counsel (via ECF)
       USPTO Leo Barrios (via email)