UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

        USA,

        - against -

RAHMEL GARRAWAY,

              Defendant(s).

--------------------------------------------------------x

NELSON S. ROMÁN, D.J.:

        **RESCHEDULING ORDER**

        S2 19 CR 857-04 (NSR)

        Due to a Court scheduling conflict, the in-person Sentencing scheduled for July 14, 2021 is hereby

        ORDERED **rescheduled, with the parties' consent, until July 16, 2021 at 11:00 am.**

        In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.   To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

        SO ORDERED.

Dated:     White Plains, New York
            July 12, 2021

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/12/2021___